PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sulman Butt　　　　　　　　　　　　**Docket Number:** 07-00498-001

**Name of Sentencing Judicial Officer:** HONORABLE Peter G. Sheridan (originally sentenced in ED/VA by Chief US District Judge Claude M. Hilton)

**Date of Original Sentence:** 09/26/2003

**Original Offense:** CREDIT CARD FRAUD

**Original Sentence:** 37 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release　　　　　　　**Date Supervision Commenced:** 10/27/05

**Assistant U.S. Attorney:** Needs to Be Assigned

**Defense Attorney:** Jonathan Shapiro, 910 King Street, Alexandria, VA 22314, (703) 684-1700

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>On March 24, 2008, this officer learned that the offender left the country and went to Colombia. The offender never contacted this officer to request permission for this trip. To date, it is believed the offender is still out the country. The offender had been in contact with this officer up until recently. |
| 2 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'<br><br>The offender was instructed to come back to New Jersey by May 15, 2008. To date, the offender is still in Columbia. |

PROB 12C - Page 2
Sulman Butt

I declare under penalty of perjury that the foregoing is true and correct.

By: *Patricia C. Jensen*
Patricia C. Jensen
U.S. Probation Officer
Date: 6/3/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/6/08
_____
Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-498-01 (PGS) |
| -vs- | : | |
| Sulman Butt, | : | **W A R R A N T** |
| | | **F O R** |
| Defendant. | : | **A R R E S T** |

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest defendant, in accordance with Rule 4.1(b), Federal Rules of Criminal Procedure, and bring him forthwith to a Magistrate-Judge, District of New Jersey for VIOLATION OF SUPERVISED RELEASE to wit:

"You shall not leave the judicial district without the permission of the Court or Probation Officer."

> On March 24, 2008, this officer learned that the offender left the country and went to Columbia. The offender never contacted this officer to request permission for this trip. To date, it is believed the offender is still out the country. The offender had been in contact with this officer until recently.

**YOU ARE FURTHER PERMITTED** to arrest said Defendant outside the District of New Jersey and bring Defendant forthwith to appear before this Court.

SO ORDERED:

_____
**HON. PETER SHERIDAN, USDJ**

_____   6/6/08  Newark, NJ
Signature of Issuing Officer      **Date and Location**
Deputy Clerk, Dolores J. Hicks

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____
Date Received:
Date of Arrest:

Name and Title of Arresting Officer:

_____
Signature of Arresting Officer:

_____